IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID TIPSWORD, As Trustee of the Mildred E. Tipsword Trust, individually and on behalf of all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| VS. ) ) | NO. 09-CV-390-DRH |
| I.F.D.A. SERVICES, INC., an Illinois Corporation, et al ) ) ) | |
| Defendants. ) | |

**O R D E R**

**HERNDON, Chief Judge**

Pursuant to **28 U.S.C. §455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge J. Phil Gilbert. All further documents filed in this matter shall bear case number 09-CV-390-JPG.

**IT IS SO ORDERED.**

**DATED:** December 18, 2009

                                                                   /s/ David R Herndon
                                                                   CHIEF JUDGE
                                                                   U.S. DISTRICT COURT